UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-237-D-1

UNITED STATES OF AMERICA

v.

BEVERLY ALLEN BAKER

ORDER TO SEAL

On motion of the defendant, Beverly Allen Baker, and for good cause shown, it is hereby ORDERED that the **[DE 242]** be sealed until further notice by this Court.

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
**United States District Judge**