UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-237-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| BEVERLY ALLEN BAKER | |

On motion of the defendant, Beverly Allen Baker, and for good cause shown, it is hereby ORDERED that the **[DE 240]** be sealed until further notice by this Court.

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
United States District Judge