IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BEVERLY ALLEN BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's motions [D.E. 237, 240, 248]. The response is due not later than February 15, 2019.

SO ORDERED. This 17 day of January 2019.

JAMES C. DEVER III
United States District Judge