IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-237-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BEVERLY ALLEN BAKER, | ) | |
| | ) | |
| Defendant. | ) | |

On August 2, 2023, this court ordered the government to file a response to defendant's motion for a sentence reduction [D.E. 277]. To date the government has not responded to this court's order. No later than November 9, 2023, the United States shall file a response to defendant's motion for a sentence reduction [D.E. 276].

SO ORDERED. This 30 day of October, 2023.

JAMES C. DEVER III
United States District Judge